# THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YAN GERMAN<br><br>Defendant. | Case No 3:15CR00234-034 CRB<br><br>**ORDER TO TERMINATE SUPERVISED RELEASE** |

## ORDER TO TERMINATE SUPERVISED RELEASE

This matter comes before the Court upon Defendant YAN GERMAN'S Unopposed Application to Terminate Supervised Release. The Court, having examined said motion and being fully advised, makes the following findings:

1. Such action is warranted by the conduct of the Defendant and the interest of justice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that defendant Yan German's** *"Unopposed Application to Terminate Supervised Release"* **is hereby GRANTED.**

DATED: __April 22_____, 2026

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Prepared by:
Mariya Melkonyan
Law Offices of Mariya Melkonyan

1